SHEAHAN v. NATIONAL S. S. CO.

(Circuit Court of Appeals, Second Circuit. March 10, 1898.)

No. 87.

PRINCIPAL AND AGENT—DISCHARGE OF AGENT—NOTICE.

A contract of employment as agent, to sell on commission, may be terminated by the principal at any time without notice, in the absence of an express provision requiring it.

In Error to the Circuit Court of the United States for the Southern District of New York.

This was an action at law by Patrick Sheahan against the National Steamship Company to recover damages for breach of contract. The judgment below was for defendant, and plaintiff sued out this writ of error.

W. F. Randel, for plaintiff in error.

J. Parker Kirlin, for defendant in error.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. This is an action to recover damages for breach of contract. The plaintiff was the sole witness, and the only contract with defendant which his testimony tended to establish was one made in 1867, whereby defendant employed him as its agent to sell tickets on commission, with no limitation as to time or provision requiring notice of termination. After he had continued in such employment about nine years, defendant abruptly terminated the contract. In the absence of any provision requiring notice as a condition precedent to termination, or of any clause fixing a term of employment, defendant was entitled to dismiss its agent at pleasure, without thereby giving plaintiff a cause of action for damages sustained by reason of such discharge. The judgment of the circuit court is affirmed.